THE HONORABLE RICHARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR05-0391RSM |
| Plaintiff, | |
| vs. | ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF ATTORNEY |
| CARLOS MIGUEL WATSON, | |
| Defendant. | |

THIS MATTER having come on before the above-entitled Court upon the motion of the defendant, Carlos M. Watson, for an order allowing Zenon P. Olbertz to withdraw as attorney of record for the defendant, and further allowing substitution of attorney, James S. Burnell; and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that Zenon P. Olbertz is hereby allowed to withdraw as attorney for the above-named defendant. It is further

\*\*\*

\*\*\*

\*\*\*

\*\*\*

*PROPOSED* ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
ATTORNEY - 1
smh\w\watson.car\withdraw order

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

1    ORDERED that the attorney, James S. Burnell, is hereby allowed to
2 substitute as attorney for the defendant.
3    DATED this 9th day of August, 2006.

4
5                                    *James P. Donohue* (signature)
6                                    _____
                                     James P. Donohue
                                     U.S. Magistrate Judge
7
8
9 Presented by:
10      /s/
11 _____.
   Zenon P. Olbertz
12 Withdrawing Attorney for Defendant
   Carlos M. Watson
13
14      /s/
   _____.
15 James S. Burnell
   Substituting Attorney for Defendant
16 Carlos M. Watson
17
18
19
20
21
22
23
24
25

*PROPOSED* ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
ATTORNEY - 2
smh\w\watson.car\withdraw order

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

## CERTIFICATE OF SERVICE

I hereby certify that on August 3rd, 2006, I electronically filed the foregoing Order Allowing Withdrawal and Substitution of Attorney with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the co-defendants herein, and to the following attorney of record for the plaintiff:

Doug B. Whalley
Ronald J. Friedman
Richard Cohen
Assistant U.S. Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

I hereby certify that on August 3rd, 2006, I mailed the foregoing Order Allowing Withdrawal and Substitution of Attorney to the following:

James S. Burnell
Attorney at Law
Smith Tower
506 2nd Avenue, Suite 3205
Seattle, WA 98104

Carlos M. Watson
Reg. #35762-086
FDC at SeaTac
P.O. Box 13900
Seattle, WA 98198

DATED this 3rd day of August, 2006.

/s/
_____.

*PROPOSED* ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
ATTORNEY - 3
smh\w\watson.car\withdraw order

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

1
2        Sarah M. Heckman
         Legal Assistant
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*PROPOSED* ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
ATTORNEY - 4
smh\w\watson.car\withdraw order

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967